IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID A. BRUCE PLAINTIFF

v. Civil No. 5:26-cv-05038-CDC

KARAS CORRECTIONAL HEALTH and
MAJOR RANDALL DENZER DEFENDANTS

**OPINION AND ORDER**

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff David A. Bruce proceeds *pro se* and *in forma pauperis.* The case is before the Court on Plaintiff's failure to obey the orders of the Court.

**I. DISCUSSION**

On June 22, 2026, the Defendants in this case filed a Motion to Dismiss (ECF No. 12). That same day, this Court entered an Order directing Plaintiff to file his response to that Motion by July 13, 2026. *See* ECF No. 14. Plaintiff never filed any response; so on July 29, this Court entered an Order directing Plaintiff to show cause why he failed to obey the previous Order, and imposing a deadline of August 19, 2026 for Plaintiff's show-cause response. *See* ECF No. 18. Plaintiff never responded to that Order either, and his deadline to do so has now passed. Both aforementioned Orders were mailed to Plaintiff, and neither was returned as undeliverable.

The Federal Rules of Civil Procedure specifically contemplate dismissal of a case on the ground that the plaintiff failed to prosecute or failed to comply with an order of the court. Fed. R. Civ. P. 41(b); *Line v. Wabash R.R. Co.,* 370 U.S. 626, 630-31 (1962) (stating that the district court possesses the power to dismiss *sua sponte* under Rule 41(b)). Pursuant to Rule 41(b), a district court has the power to dismiss an action based on "the plaintiff's failure to comply with *any* court

order." *Brown v. Frey*, 806 F.2d 801, 803-04 (8th Cir. 1986) (emphasis added). Additionally, Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas requires parties appearing *pro se* to monitor the case, and to prosecute or defend the action diligently. Therefore, Plaintiff's case should be dismissed for failure to comply with the Court's Local Rules and orders and for failure to prosecute this case.

## II. CONCLUSION

**IT IS THEREFORE ORDERED** that Plaintiff's Amended Complaint (ECF No. 7) is **DISMISSED WITHOUT PREJUDICE** based on Plaintiff's failure to prosecute this case and his failure to obey the orders of the Court. Judgment will be entered contemporaneously with this Order.

**IT IS SO ORDERED** this 26th day of August 2026.

/s/ *Christy Comstock*

HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE